**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAMBA BORBOR | : |
| | : |
|     Plaintiff | : |
| | : |
| v. | : Case No.: |
| | : |
| SPRING OAKS CAPITAL | : |
| | : |
|     Defendant | : |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Spring Oaks Capital ("Defendant" or "Spring Oaks") hereby removes to this Court the state court action described below.

1. On September 20, 2023, Plaintiff Tamba Borbor ("Plaintiff") filed this suit against Defendant in the Superior Court of the District of Columbia, Small Claims and Conciliation Branch, entitled and captioned: *Tamba Borbor v. Spring Oaks Capital*, Case No. 2023-SCB-001249. A copy of the Notice of Claim and Statement of Claim that was served on Spring Oaks on September 25, 2023 is attached hereto as EXHIBIT 1.

2. This action is removable to the United States District Court under 28 U.S.C. §§ 1331 and 1441 on the grounds of federal question jurisdiction, in that the Complaint purports to allege a cause of action under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*

3. Defendant has filed this Notice of Removal within thirty (30) days after service Pursuant to 28 U.S.C. § 1446(b).

4. As required by 28 U.S.C. § 1446(d), Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the Small Claims and Conciliation Branch of the Superior Court of the District of Columbia where this action is currently pending. A copy of this Notice is attached as EXHIBIT 2.

5. By filing this Notice of Removal, the Defendant demonstrates its consent to the removal of the case to this Court.

WHEREFORE, Defendant Spring Oaks Capital respectfully requests that the above-captioned matter currently pending in the Small Claims and Conciliation Branch of the Superior Court of the District of Columbia be removed to this Honorable Court.

Dated: October 13, 2023

> Respectfully submitted,
>
> THE LAW OFFICES OF RONALD S. CANTER, LLC
>
> */s/ Matthew W. Fogleman*
> Matthew W. Fogleman, Esquire, #1029783
> 200A Monroe Street, Suite 104
> Rockville, Maryland 20850-4424
> 301.424.7490 (telephone) | 301.424.7470 (facsimile)
> mfogleman@roncanterllc.com (e-mail)
> **Counsel for Defendant,**
> **Spring Oaks Capital**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by first-class mail, postage pre-paid this 13th day of October, 2023, to:

> Tamba Borbor
> 20 Seaton Place NE
> Washington, DC 20002
> **Plaintiff**

> */s/ Matthew W. Fogleman*
> Matthew W. Fogleman